NOV. 5, 2019

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 12 2019
MITCHELL R. ELFERS
CLERK
/mn

RICHARD REIFENSCHEID
D.M.I.
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NM. 87102

19cv1057 MV/LF

DEAR MR. REIFENSCHEID:

    CIBOLA CORECIVIC STAFF IS VIOLATING MY DUE PROCESS RIGHT, AND ARE NOT FOLLOWING POLICY AT ALL. I'VE FILE GRIEVANCES, DISCIPLENARY APPEALS, AND LOST/DAMAGE STOLEN PROPERTY CLAIMS, AND ALL ARE WEEKS PAST DUE THE PRESCRIBE TIME FRAME, AND STAFF CAN CARE LESS. POLICY GOVERN STAFF AND ME. WHEN I CAN'T MEET THE PRESCRIBE TIME FRAME THEN MY FORMS ARE CONSIDER NULL, BUT WHEN STAFF CAN'T OR DON'T MEET THE PRESCRIBE TIME FRAME, NOTHING HAPPENS, AND THIS A DIRECT VIOLATION OF MY "DUE PROCESS RIGHTS".

    I FILE GRIEVANCE NO. 2019-504-00486-G ON 8-23-19 AND RECEIVED A RESPONSE 9-18-19, 36 DAYS LATER. GRIEVANCE NO. 2019-504-00565-G ON 9-18-19, 20 DAYS LATER. ACCORDING TO POLICY 14-5 STAFF HAS FOURTEEN (14) DAYS TO RESPOND.

    I FILE A DISCIPLENARY APPEAL ON 9-25-19 AND RECEIVED A WRITTEN RESPONSE 10-23-19, 28 DAYS LATER, WHEN POLICY CLEARLY STATE THAT THE WARDEN/ADMIN. HAS FIVE (5) DAY TO RESPOND IN WRITING, AND I HAD TO FILE A GRIEVANCE TO GET A RESPONSE.

I filed a lost/stolen/damage claim 9-19-19 and I still haven't received a response yet!. According to policy 14-6 staff has fifteen (15) calendar days.

The kosher meals here are not kosher, and on a daily there are problems with them. This is the only Core-Civic center that cook the kosher meals, and thats where all the problems accure. According to policy 20-4 (H)(H1) it state: The chaplain shall escort other clergy to the common fare particapation area for frequent, random monitoring of compliance with religious dietary requirements. This kosher kitchen has never been check by a clergy for compliance and there for should not be allowed to cook the kosher food. I've worked in the kosher kitchen and their are numerous violations according to kosher guildlines. I've talk to the A.W. and I ask why don't they use the microwave meals so you don't have to cook, and he informed me that it would cost to much, that once they switch over to them more people will want the kosher meal!. This is a violation of my religious rights.

I've sent paper work that show the violations that Cibola Corecivic staff is guilty of. I'm hoping that you can correct the violations or I'll be forced to seek another avenue legal avenue to correct the wrong.

Thank you

Sean Lloyd #01720-151

Page 1 of 2

Grievance No.: 2-19-07-804v16 / 1907103

14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | MR. LLOYD, SEAN |
| --- | --- |
| NUMBER: | 0172015 | HOUSING ASSIGNMENT: | 340 C |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
| --- | --- | --- |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

CORECIVIC AND TRINITY SERVICES GROUP, INC. HAS MADE IT VERY CLEAR THAT THEY WILL NOT CORRECT THE ON GOING PROBLEMS WITH THE KOSHER/HALAL KITCHEN SECTION. KOSHER/HALAL KITCHEN SECTION CAN NOT COOK KOSHER/HALAL FOOD DUE TO THE FACT THAT THERE IS NOT A STOVE IN THE KOSHER/HALAL SECTION. THE KOSHER/HALAL FOOD HAS TO BE COOK ON THE ONE (1) STOVE IN THE KITCHEN THAT IS NOT KOSHER/HALAL. THE KOSHER/HALAL POTS & PANS AND UTENSILS ARE NOT CLEAN IN A KOSHER/HALAL MANNER, THEY ARE CLEAN WITH ALL THE OTHER POTS & PANS IN THE KITCHEN. THE FRUIT & VEGETABLES ARE NOT CLEANED AND THE SET IN THE KOSHER/HALAL MANNER. THE DETAINEES & THE TRINITY KITCHEN STAFF ARE UNEDUCATED ON KOSHER/HALAL LAWS AND DON'T FOLLOW THE KOSHER/HALAL LAWS. ACCORDING TO CORECIVIC POLICY 20-4 (H)(HI) AND A SHAREI TZEDEK CONGREGATION RABBI DAN HAYMAN MEMO THAT STATE THAT THE FACILITY HAVE A LOCAL ORTHODOX RABBI WHO IS AN EXPERT IN KOSHER LAWS INSPECT THE FACILITY KOSHER KITCHEN A FEW TIMES CON. →

**Requested Action:** (Attach additional pages if necessary)

THAT CORECIVIC NOT BE ALLOWED TO COOK KOSHER FOOD USE AZTEC MEALS A DIFFERENT CONTRACT

RECEIVED
JUL 15 2019
Grievance Coordinator

Inmate/Resident's Signature: _____  Date Submitted: 7/15/19

Page 1 of 2                                                       03/07
**White Copy:** To Grievance Officer – **Yellow Copy:** To Inmate/Resident File – **Pink Copy:** To Inmate/Resident

Grievance No.: 2019-504-00141/ 1902152

14-5B

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | MR. LLOYD, SEAN | | |
|---|---|---|---|
| NUMBER: | 61720151 | HOUSING ASSIGNMENT: | 200 C |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

A YEAR TO ASSURE COMPLIANCE WITH THE REQUIREMENTS OUTLINED IN THE KOSHER GUIDELINES. THE CORECIVIC & TRINITY SERVICES GROUP, INC, HAS NOT BEEN INSPECTED BY A EXPERT IN KOSHER LAWS. NONE OF THE FOOD HAS BEEN PRAYED OVER, AND THE LIST GOES ON AND ON. ON 4-19-19 THE WARDEN/ADMINISTRATOR'S DECISION STATED THAT THE KOSHER KITCHEN WILL BE PROPERTY MANAGED. THIS HAS NOT HAPPENED, AND NOTHING HAS BEEN DONE. ON A DAILY C.C.C.C. AND TRINITY IS NOT SERVING KOSHER/HALAL MEALS, AND THATS A SERIOUS PROBLEM. I HAVE USED UP ALL MY LEGAL AVENUES AND NOW I AM FORCED (PLEASE UTEN 2019-504-00141-G) TO SEEK OTHER LEGAL AVENUES TO CORRECT THE WRONGS.

**Requested Action:** (Attach additional pages if necessary)

THAT CORECIVIC NOT BE ALLOWED TO COOK KOSHER FOOD NICHE MEALS A DIFFERENT CONTRACT

RECEIVED
JUL 15 2019
Grievance Coordinator

Inmate/Resident's Signature: _____

Date Submitted: 7-15-19

Page 1 of 2

03/07

**White Copy:** To Greivence Officer – **Yellow Copy:** To Inmate/ Resident File – **Pink Copy:** To Inmate/Resident

Grievance No.: 2019-504-00415-g 1907153
14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Mr. Lloyd we cook items in rice cookers as you know these rice cookers were broke, I have ordered three new rice cookers To be used in the kosher area. All staff and inmates have been trained in the kosher area. We have also purchased a Warmer for that are in an effort to better serve the program.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Mr. Lloyd we will continue to make sure that this area is fully in compliance with the program

Responding Staff Member's Printed Name: Vicki Allen     Title: FSD
Responding Staff Member's Signature: [signature]     Date: 7-30-19
Inmate/Resident's Signature (upon receipt): _____     Date: 7·30·19

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

FOR THE RECORD THOSE RICE COOKERS HAVE BEEN BROKE SINCE MARCH 2019 AND WE'RE STILL WAITING! WE'RE ALSO WAITING FOR A LOCAL ORTHODOX RABBI, WHO IS AN EXPERT IN KOSHER LAWS INSPECT CORECIVIC (CIBOLA) FACILITY KITCHEN TO ASSURE COMPLIANCE WITH THE REQUIREMENTS OF KOSHER. I KNOW FOR A FACT THAT TRINITY STAFF HAVE LITTLE TO NO KNOWLEDGE OF KOSHER GUIDELINES, INCLUDING THE DETAINEE'S THAT WORK IN KOSHER. ON A DAILY THE FOOD IS PREPARED IN A NON KOSHER MANNER. NEW RICE COOKERS WILL NOT CORRECT ALL THE PROBLEMS. THAT BEING SAID, THE ONLY SOLUTION IS FOR CORECIVIC (CIBOLA) IS TO STOP COOKING KOSHER FOOD. (PLEASE SEE BACK→

[Stamp: JUL 31 2019 Grievance Coordinator]

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

The Rice Cookers have been ORDERED AND Received at the facility. Trinity staff are fully aware of Kosher Guidelines, and have purchased a warmer. Based on the above, I feel this issue is resolved. The warmer is in maintenance AND will be installed next week.

Warden/Administrator's Signature: [signature]     Date: 8/9/2019
Inmate/Resident's Signature (upon receipt): _____     Date: _____

Page 2 of 2     03/07

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Mr. Lloyd we cook items in rice cookers as you know these rice cookers were broke, I have ordered three new rice cookers To be used in the kosher area. All staff and inmates have been trained in the kosher area. We have also purchased a Warmer for that are in an effort to better serve the program.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Mr. Lloyd we will continue to make sure that this area is fully in compliance with the program

Responding Staff Member's Printed Name: Vicki Allen       Title: FSD
Responding Staff Member's Signature: _____       Date: 7-30-19.
Inmate/Resident's Signature (upon receipt): _____  Date: 7.30.19

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

FOR THE RECORD THOSE RICE COOKERS HAVE BEEN BROKE SINCE MARCH 2019 AND WE'RE STILL WAITING! WE'RE ALSO WAITING FOR A LOCAL ORTHODOX RABBI, WHO IS AN EXPERT IN KOSHER LAWS INSPECT CORECIVIC (CIBOLA) FACILITY KITCHEN TO ASSURE COMPLIANCE WITH THE REQUIREMENTS OF KOSHER. I KNOW FOR A FACT THAT TRINITY STAFF HAVE LITTLE TO NO KNOWLEDGE OF KOSHER GUIDELINES, INCLUDING THE DETAINEE'S THAT WORK IN KOSHER. ON A DAILY THE FOOD IS PREPARED IN A NON KOSHER MANNER. NEW RICE COOKERS WILL NOT CORRECT ALL THE PROBLEMS. THAT BEING SAID, THE ONLY SOLUTION IS FOR CORECIVIC (CIBOLA) IS TO STOP COOKING KOSHER FOOD. (PLEASE SEE BACK→

*JUL 31 2019 Grievance Coordinator*

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

The Rice cookers have been ORDERED AND Received at the facility. Trinity staff are fully aware of Kosher Guidelines, and have purchased a warmer. Based on the above, I feel this issue is resolved. the warmer is in maintenance and will be installed next week.

Warden/Administrator's Signature: _____       Date: 8/9/2019.
Inmate/Resident's Signature (upon receipt) _____  Date: _____

Page 2 of 2                                                    03/07

Grievance No: 2019-524-003446
1703084

14-5B

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | MR. LLOYD, SEAN |
| --- | --- |
| NUMBER: | 01720151 |
| HOUSING ASSIGNMENT: | 800 Alpha |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

1. Facility Staff
2. Access to Legal Materials
3. Denied Access to Informal Resolution/Grievance Process
4. Reprisal for Using Informal Resolution/Grievance Process
5. Safety/Security
6. Sanitation
7. Medical Services
8. Dental Services
9. Mental Health Services
10. Trust Account
11. Commissary
12. **Food Service** (circled)
13. Mail
14. Intake
15. Housing
16. Laundry
17. Recreation
18. Visitation
19. Programs-education, work, religious, etc.
20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights)
21. Other

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

The sum and substance of this grievance is the inability of Trinity Kitchen staff to prepare religious Kosher food in a C.C.C.C. kitchen. The Kosher standards and guidelines are very strict in manufacturing and preparing Kosher food and because in the C.C.C.C./Trinity Kitchen not having a Orthodox/Rabbinical supervision the guidelines on a daily base are not followed/violated. Federal detainee(s) prepare religious Kosher food and are not and are not supervised on a constant bases, and because of that guidelines are not followed and that cause violations. I see Kosher pots, pans, and utensils being used to cook food for the general population. Pots, pans and utensils washed with the non Kosher pots, pans and utensils thats not for the Kosher food being used to prepare Kosher food. The Trinity Kitchen staff and the Federal detainee's don't follow the Jewish religion, there for don't care. CCCC and Trinity only care about making a profit. I work in the C.C.C.C. kitchen and see the kosher guideline violations on a daily. The bread used for the kosher diet Bimbo don't have the approval (K) on the bread label.

**Requested Action:** (Attach additional pages if necessary)

I request that a outside organization of orthodox Kashruth faith be allowed to prepare all religious kosher meals (breakfast, lunch and dinner) for federal detainees housed at C.C.C.C.

I request that the Trinity Food Group not be allowed to continue to prepare the religious Kosher diets.

RECEIVED
MAR 08 2019
Grievance Coordinator

Inmate/Resident's Signature: [signature]

Date Submitted: March 8, 2019

Page 1 of 2

**White Copy:** To Grievance Officer — **Yellow Copy:** To Inmate/Resident File — **Pink Copy:** To Inmate/Resident

03/07

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

You have raised some very serious questions. I have forwarded them to my supervisor at Trinity Food Services Group for clarification.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

When I receive their response, I will forward you any information that is available to you.

Responding Staff Member's Printed Name: **V. Allen**
Responding Staff Member's Signature: _____ Title **Food Services Manager**
Inmate/Resident's Signature (upon receipt): _____ Date: **04/01/2019**
Date: **4-1-19**

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

This response is not acceptable due to the fact that V. Allen don't need to get clarification that the detainee's who work prepare the KOSHER DIET Don't follow the strict KOSHER FOOD PREPARATIONS, that V. Allen is under staff to make sure that the detainees are following the KOSHER Rules. The C.C.C.C. Kitchen is NOT set up correctly for KOSHER food to be prepared according to the Kosher Guidelines. I work in the kitchen and prepare the KOSHER DIET and the way the C.C.C.C. kitchen is set up, its very hard. It's a few problems that the C.C.C.C. need to address A.S.A.P. Trinity can't answer or correct these problems.

APR 05 2019

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Deny. An outside organization of orthodox Kosruth faith will not be contracted. However your concerns are valid and the kosher kitchen will be properly managed.

Warden/Administrator's Signature: _____ Date: **4-19-19**
Inmate/Resident's Signature (upon receipt) _____ Date: **4-19-19**

Grievance No.: 2019-509-2252-G
1909176

14-5B

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | MR. LLOYD, SEAN | | |
|---|---|---|---|
| NUMBER: | 67757617261-151 | HOUSING ASSIGNMENT: | SHU |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☒ NO

## GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff *(circled)* | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials *(circled)* | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process *(circled)* | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process *(circled)* | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I SUBMITTED A APPEAL GRIEVANCE (2019-509-00486-G) ON 8·23·19 AND DIDN'T RECEIVE RESPONSE UNTIL 9·18·19 THIS IS A CLEAR VIOLATION OF CCA POLICY 14-5 NO GRIEVANCE EXTENSION NOTICE WAS GIVEN PER POLICY 14-5 THIS CLEARLY SHOW THAT C.C.C.C. DO NOT KNOW HOW TO FOLLOW POLICY AND WHY THE KOSHER/HALAL KITCHEN IS IN VIOLATION.

**Requested Action:** (Attach additional pages if necessary)

THAT THE MARSHAL OFFICE BE NOTIFIED AND ALLOW THEM TO HAVE THE KOSHER/HALAL KITCHEN INSPECTED ALSO HAVE CORECIVIC PRODUCE A FORM SHOWING WHEN THE LAST TIME THE KOSHER/HALAL KITCHEN AREA WAS INSPECTED BY A LOCAL ORTHODOX RABBI WHO IS AN EXPERT IN KOSHER LAWS?.

Inmate/Resident's Signature: *(signed)*

Date Submitted: 9·18·19

RECEIVED SEP 19 2019

Page 1 of 2

03/07

**White Copy:** To Greivence Officer – **Yellow Copy:** To Inmate/ Resident File – **Pink Copy:** To Inmate/Resident Grievance Coordinator

Grievance No.: **2019-504-00564-G**                                                         14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

You are correct. The grievance numbered 2019-504-00486-G did not receive a response on the appeal by the expected date. It was due on 9/11/19 and was not answered until 9/18/19. There should have been an extension done, but Grievance Coordinator did not submit the extension.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Grievant's favor.

Responding Staff Member's Printed Name: _____B. Jones_____   Title: __Grievance Coordinator__
Responding Staff Member's Signature: _____   Date: _____10/08/2019_____
Inmate/Resident's Signature (upon receipt): _____   Date: _____

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____   Date: _____
Inmate/Resident's Signature (upon receipt) _____   Date: _____

# CORECIVIC/CIBOLA COUNTY CORRECTIONAL CENTER
## DETAINEE REQUEST TO STAFF

**TO:** (Name and Title of Staff Member)/A: (Nombre y cargo del miembro del personal)

Grievance Coor. B. Jones

**FROM:** (Detainee Name)/DE: (Nombre del detenido)

MR. LLOYD, SEAN

**UNIT/ UNIDAD:**
RxHxUx

ICE (IMMIGRATION)/ INMIGRACIÓN
X CCCC
**CHECK ONE/MARQUE UNO**

**DETAINEE IMMIGRATION NUMBER/ NÚMERO DE INMIGRACIÓN DE DETENEDOR:**
01720-151

**DATE/FECHA:**
10-14-19

**Subject:** Briefly state your question or concern and the solution you are requesting. Be as specific as possible.
**Asunto:** Describa brevemente su pregunta o preocupación y la solución que está solicitando. Sea lo más específico posible.

Can you please inform me per policy, when a grievance form, disciplinary appeal form, or a property stolen/damage/lost claim form response is past due its prescribe time, what penalty is issued? Disciplinary Grievance No. 2019-504-00486-G & 2019-504-00565-G both were in violation of Policy 14-5 prescribe time frame for a response and NO penalty was enforced, why? If a USMS detainee submit any one (1) of the above listed forms past its prescribe time frame, that form will be considered NULL. If USMS detainees can be penalized for violating a prescribe time frame per policy, then Cibola CoreCivic staff should be penalized as well. If not then policy giving time prescribe time frames for responses are useless!!!....

**DO NOT WRITE BELOW THIS LINE/ NO ESCRIBA DEBAJO DE ESTA LINEA**

**DISPOSITION:**

We are making every effort to meet the deadlines

MiLia DOMINICIL

**SIGNATURE OF STAFF MEMBER:**

**DATE/FECHA:** 10-18-19

Spanish/ Español

14-5B

Grievance No.: _____

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | MR. LLOYD, SEAN | | |
|---|---|---|---|
| NUMBER: | 61920-151 | HOUSING ASSIGNMENT: | R.H.U. |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)? ☐ YES ☒ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other — PERSONAL PROPERTY |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I SUBMITTED A 14-6D LOST/DAMAGED/STOLEN PROPERTY CLAIM 9-20-19 ITS NOW 10-8-19 EIGHTEEN (18) DAYS LATER AND I HAVE NOT RECEIVED A RESPONSE TO MY CLAIM. ACCORDING TO C.C.C.C POLICY 14-6 I MUST RECEIVE A RESPONSE WITHIN FIFTEEN (15) CALENDAR DAYS OF SUBMISSION. ITS NOW PASS FIFTEEN (15) DAYS AND I WANT TO KNOW ABOUT MY CLAIM?

I GAVE THE R.H.U. C/O MY 614-6D CLAIM FORM 9-20-19

**Requested Action:** (Attach additional pages if necessary)

THAT THE 14-6D LOST/DAMAGE/STOLEN PROPERTY CLAIM THAT I SUBMITTED BE GIVEN TO ME NOW

RECEIVED
OCT 09 2019
Grievance Coordinator

Inmate/Resident's Signature: _____  Date Submitted: 10-8-19

03/07
Page 1 of 2
**White Copy:** To Greivence Officer – **Yellow Copy:** To Inmate/Resident File – **Pink Copy:** To Inmate/Resident

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Your 14-6D Lost/Damaged/Stolen Personal Property claim has not been answered and is late. It will be answered as soon as possible, expectation is by October 18. However, if it is approved in any way, it will go to an Assistant Warden for approval. This means that you will not necessarily get your response at that time. But it will be expedited as much as possible.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Grievant's favor.

Responding Staff Member's Printed Name: S. Woodard
Responding Staff Member's Signature: [signature]
Inmate/Resident's Signature (upon receipt): [signature]
Title: Chief of Unit Management
Date: 10/16/2019
Date: 10-16-19

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

THIS IS A VIOLATION OF MY DUE PROCESS RIGHTS BY CIBOLA CORECIVIC STAFF. ONCE AGAIN CIBOLA CORECIVIC STAFF FEEL & THINK THAT POLICY DON'T APPLY TO THEM CAUSE THEY CONTINUE TO VIOLATE THEM. POLICY GOVERN THE USMS DETAINEE AND IT GOVERN CIBOLA CORECIVIC STAFF. WHEN I VIOLATE POLICY I RECEIVE A PENALTY AND THIS ACTION MUST BE ENFORCED TO CIBOLA CORECIVIC. IF NOT, THEN WHY HAVE POLICY IF IT'S NOT GOING TO BE ENFORCED AGAINST BOTH PARTIES?

OCT 18 2019

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

I will address this with all Department Heads.

Warden/Administrator's Signature: [signature]    Date: 11/5/2019
Inmate/Resident's Signature (upon receipt): ____    Date: ____

EMERGENCY GRIEVANCE

Grievance No.: _____

14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | MR. LLOYD, SEAN |
| --- | --- |
| NUMBER: | 81726-151 | HOUSING ASSIGNMENT: | R.H.U. |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☒ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
| --- | --- | --- |
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other) Discipline |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I SUBMITTED A ~~GRIEVANCE~~ APPEAL TO A DISCIPLINARY DECISION GIVEN BY P. LOPEZ (D.H.O.) TO COUNSELOR SARANO IN THE R.H.U. POD WED. OCT. 2. ACCORDING TO C.C.C.C. POLICY 15-2 THE WARDEN/ADMINISTRATOR HAS FIVE(5) DAYS TO RESPOND TO THE APPEAL IN WRITING. WELL TODAY IS 10-8-19. THIS IS A VIO-LATION OF C.C.C.C. POLICY 15-2

**Requested Action:** (Attach additional pages if necessary)

THAT P. LOPEZ DECISION ON ~~MY~~ A DISCIPLINARY WRITE-UP BE REVERSED.

RECEIVED
OCT 09 2019
Grievance Coordinator

Inmate/Resident's Signature: _____   Date Submitted: 10-8-19

Page 1 of 2                                                      03/07
**White Copy:** To Grievance Officer – **Yellow Copy:** To Inmate/Resident File – **Pink Copy:** To Inmate/Resident

Grievance No.:   2019-504-00625-G

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden Judd was out of the facility and did receive your appeal on October 10 or 11, after her return. Her response was submitted on October 14, 2019.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Not Grievant's favor.

| | | |
|---|---|---|
| Responding Staff Member's Printed Name: | S. Woodard | Title: Chief of Unit Management |
| Responding Staff Member's Signature: | [signature] | Date: 10/16/2019 |
| Inmate/Resident's Signature (upon receipt): | | Date: 10-16-19 |

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

ACCORDING TO POLICY 15-2 IT CLEARLY STATE THAT THE WARDEN/ADMINISTRATOR IS TO RESPOND TO THE APPEAL IN WRITING WITHIN 5 DAYS OF THE APPEAL. IF FOR SOME REASON THE WARDEN WAS UNABLE TO RESPOND WITHIN THE PRESCRIBED TIME FRAME, THEN POLICY 15-2 GIVE THE ADMINISTRATOR THE AUTHORITY TO RESPOND WITHIN THE PRESCRIBE TIME FRAME. I HAVE YET TO RECEIVE A RESPONSE IN WRITING FROM THE WARDEN/ADMINISTRATOR!!!. THIS IS A CLEAR VIOLATION OF MY DUE PROCESS RIGHTS. CIBOLA CORECIVIC STAFF IS CONDUCTING THEMSELFS TO AS IF POLICY AND FEDERAL LAW DON'T APPLY TO THEM.

OCT 18 2019

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

You are correct. The grievance should have been addressed by the AW that was left Acting during my absence. I will Address this with my Secretary for future.

Warden/Administrator's Signature: [signature]   Date: 11/05/2019
Inmate/Resident's Signature (upon receipt): _____   Date: _____

5-1C

# INCIDENT STATEMENT

| Facility | Cibola County Correctional Center | Incident Number | |
|---|---|---|---|
| Incident Date | 10/09/2019 | Incident Time (HRS) | unknown |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Birdie Jones | 1824204 | Employee | Participant |

**Housing Location (For Inmates/Residents Only):**

**Based on your own knowledge, what did you see, hear, and do?**

Today, 10/09/2019, I, Grievance Coordinator Birdie Jones, received a grievance in which the grievant claims it it an emergency. There is no threat of imminent harm to inmate, so I have determined that this is not an emergency grievance. The grievance is number 2019-504-00626-G from Inmate Sean Lloyd #01720151.

**Did you receive any injuries? YES or NO (If YES, Explain Below)** NO

**Were you evaluated by medical? YES or NO** NO

| Printed Name | Birdie Jones | | |
|---|---|---|---|
| Signature | | Date | 10/09/19 |
| Typed By | B. Jones | Date | 10/09/19 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date | |
|---|---|---|---|
| Employee/Witness Signature | | | |

2/26/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

MR. LLOYD, SEAN # 0172Ø151
C.C.C.C.
PO BOX 3540
MILAN, NM 87621

Inmate
CIBOLA COUNTY CORRECTIONS
P.O. BOX 3540
MILAN NM 87021

87021-3540

MR. RICHARD REIFENSCHEID
D.M.I.
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NM. 87102

RECEIVED
NOV 12 2019
MITCHELL R. ELFERS
CLERK
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO




ZIP 87021
02 4W
0000363673 NOV. 08 2019
$ 000.50⁰
U.S. POSTAGE >> PITNEY BOWES