**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


SEAN LLOYD,

      Plaintiff,

vs.                                                                  No. CV 19-01057 MV/LF

CORE CIVIC,
et al.,

      Defendants.


**<u>SECOND ORDER TO CURE DEFICIENCY</u>**

      Plaintiff submitted an Application to Proceed in District Court Without Prepaying Fees or

Costs. (Doc. 4).  The Court determines that Plaintiff's Application is missing the required **certified**

**copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this

filing.  See 28 U.S.C. § 1915(a)(2).  Section 1915 states:

> "A prisoner seeking to bring a civil action . . . shall submit a certified
> copy of the trust fund account statement (or institutional equivalent)
> for the prisoner for the 6-month period immediately preceding the
> filing of the complaint. . ."

28 U.S.C. § 1915(a)(2). The standard form application to proceed under § 1915 also requires:

> "If you are a prisoner, you must attach a statement certified by the
> appropriate institutional officer showing all receipts, expenditures,
> and balances during the last six months in your institutional accounts.
> If you have multiple accounts, perhaps because you have been in
> multiple institutions, attach one certified statement of each account."

(Doc. 2 at 1).  Plaintiff has not submitted the certified inmate account statement as required by §

1915(a)(2) and the application form.   Failure to cure the designated deficiency within thirty (30)

days from entry of this Order may result in dismissal of this action without further notice.

1

IT IS ORDERED that Plaintiff cure the designated deficiency by submitting the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing within thirty (30) days from the date of this Order.

UNITED STATES MAGISTRATE JUDGE