# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SEAN LLOYD,

       Plaintiff,

vs.                                                  No. CV 19-01057 MV/LF

CORE CIVIC,
et al.,

       Defendants.

## SECOND ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. The record reflects that certain mailings to Plaintiff Sean Lloyd were returned as undelivered (*see* Doc. 6). It appeared that Plaintiff had been transferred or released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6, thus severing contact with the Court. Therefore, on April 7, 2020, the Court ordered Plaintiff Lloyd to provide the Court with a current address or show cause why the case should not be dismissed within 30 days of entry of the Order. (Doc. 7).

More than 30 days has elapsed, and Plaintiff Lloyd has not provided the Court with a new address or otherwise responded to the Court's first Order to Show Cause. However, Plaintiff Lloyd has filed a second civil rights case that has been docketed in this Court as No. CV 20-00289 MV/KRS. In that case, Plaintiff Lloyd lists a different address than the address of record in this case. His Complaint indicates he is incarcerated at the Santa Fe Adult Detention Facility, 28 Camino Justicia, Santa Fe, N 87508. *See* CV 20-00289, Doc. 1.

It is Plaintiff's responsibility to keep the Court apprised of his correct address and to prosecute his case. Because Plaintiff has failed to comply with the Court's local rules and the Court's first Order to Show Cause, and has failed to prosecute this proceeding, he will be required

to show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . The same is true of simple, nonburdensome local rules . . .." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, within thirty (30) days from entry of this Order, Plaintiff shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at his address of record in this case and at the Santa Fe Adult Detention Facility, 28 Camino Justicia, Santa Fe, NM 87508 address of record in CV 20-00289.

_____
UNITED STATES MAGISTRATE JUDGE

2