# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SEAN LLOYD,

      Plaintiff,

vs.                                        No. CV 19-01057 MV/LF

CORE CIVIC,
et al.,

      Defendants.

## THIRD ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte.*  Plaintiff Sean Lloyd is an incarcerated prisoner.  Lloyd submitted an application to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 but did not include the required 6-month inmate account statement.  (Doc. 4).  On March 31, 2020, the Court ordered him to cure the deficiency by submitting his account statement within 30 days. (Doc. 5).   In its Order, the Court advised Lloyd that failure to cure the deficiency in his application to proceed could result in dismissal of the case without further notice.  (Doc. 5 at 1-2).   Plaintiff Lloyd has never submitted the required 6-month inmate account statement or otherwise responded to the Court's March 31, 2020 Order.

Section 1915 states:

> "A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), **shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ."**

28 U.S.C. § 1915(a)(2) (emphasis added).  The Application form for leave to proceed *in forma*

*pauperis* also expressly required Plaintiff to attach the 6-month inmate account statement. (Doc. 4 at 2). Plaintiff Lloyd was ordered to submit the required 6-month inmate account statement but has filed to comply with the Court's Order.

The Court may dismiss an action under Fed. R. Civ. P. 41(b) for failure to prosecute, to comply with the rules of civil procedure, or to comply with court orders. *See Olsen v. Mapes,* 333 F.3d 1199, 1204, n.3 (10th Cir. 2003). The Court will require Plaintiff Lloyd to show cause, within 30 days of entry of this Order, why this action should not be dismissed for non-compliance with the Court's March 31, 2020 Order and failure to prosecute. Failure to show cause or otherwise respond to this Order will result in dismissal of this case without further notice. [1]

IT IS ORDERED that Plaintiff Sean Lloyd show cause, within 30 days of entry of this Order, why this case should not be dismissed for failure to comply with the Court's March 31, 2020 Order and failure to prosecute this proceeding.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has now entered two orders to cure deficiency (Doc. 2, 5) and three orders to show cause (Doc. 7, 9, and this Order) in this case.

2