Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

**UNITED STATES DISTRICT COURT**
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

for the

JUL 0 8 2020

**MITCHELL R. ELFERS**
**CLERK** /mɒ

_____ Division

Case No.  19 cv 1057 MV/LF

*(to be filled in by the Clerk's Office)*

Mr. Sean Lloyd
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
-v-

Core Civic, et, al
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                 Sean LLoyd

All other names by which

you have been known:      NONE

ID Number                       01720-151

Current Institution          28 Camino Justicia Santa Fe A. D. F.

Address                          28 Camino Justicia

Santa Fe                    NM                87508
City                        State              Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                 Derek Williams

Job or Title *(if known)*       Warden

Shield Number

Employer                           Santa Fe Adult Detention Facility

Address                            28 Camino Justicia

Santa Fe                    NM                87508
City                        State              Zip Code

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name                                 Ms. Judd

Job or Title *(if known)*       Warden

Shield Number

Employer                           Core Civic

Address                            P. O. Box 3540

Milan                       NM                87021
City                        State              Zip Code

☐ Individual capacity      ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  City  |  State  |  Zip Code  |
| --- | --- | --- |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  City  |  State  |  Zip Code  |
| --- | --- | --- |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DUE PROCESS RIGHTS

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Warden Judd violated my Procedural due process rights by not responding to grievances and disciplinary appeals in the time allowed by Policy. Warden Judd was acting under color of New Mexico.

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I filed grievance No. 2019-504-00486-6 and on 8-23-19 and received a response 9-18-19. Filed a grievance # 2019-504-00565-6 and received a response back 9-18-19. Policy state fourteen (14) days to respond. I filed a disciplinary appeal on 9-25-19 and received a response back 10-23-19 when Policy state five (5) days to respond.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

The claim arose at Cibola CoreCivic County Jail 8-23-19 and 9-25-19

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

8-23-19 and 9,25-19

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I submitted a disciplinary appeal form, grievance forms and property claim forms and they all were returned to me after the set time frame set by policy. The Warden Judd and the staff under her at CCCC ignored the policy time frame set. I informed Birdie Jones (Grievance Coor.), The Unit mgn., the Captain.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I informed staff that mentally I was injured and nothing was done Having to stay isolated longer, loosing all my property was wearing me down mentally.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Due to the fact that Cibola CoreCivic is a private company, I'm requesting 25,000.00 for violation of my Procedural due process rights.

CoreCivic is inforcing Policy, but not following Policy.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Cibola County Correctional Center*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

*Cibola County Correctional Center*

2.   What did you claim in your grievance?

*violation of my Procedural due process*

3.   What was the result, if any?

*NONE*

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*The Warden has the last decision, I appeal and the Warden did nothing. Wrote to the U.S. M.S. Richard Reifensheid and he has done nothing to correct the violation. Grievance process completed.*

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*NONE*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _12 - 2 - 19_

| | |
|---|---|
| Signature of Plaintiff | _Mr. Lloyd, Sea_ |
| Printed Name of Plaintiff | _Mr. LLOYD, SEAN_ |
| Prison Identification # | _01720 -151_ |
| Prison Address | _28 Camino Justicia_ |
| | _Santa Fe_        _NM_        _87508_ |
| | City        State        Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City        State        Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SEAN LLOYD,

      Plaintiff,

vs.                                                                No. CV 19-01057 MV/LF

CORE CIVIC,
et al.,

      Defendants.

**THIRD ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte*.  Plaintiff Sean Lloyd is an incarcerated prisoner.  Lloyd submitted an application to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 but did not include the required 6-month inmate account statement.  (Doc. 4).  On March 31, 2020, the Court ordered him to cure the deficiency by submitting his account statement within 30 days. (Doc. 5).   In its Order, the Court advised Lloyd that failure to cure the deficiency in his application to proceed could result in dismissal of the case without further notice.  (Doc. 5 at 1-2).   Plaintiff Lloyd has never submitted the required 6-month inmate account statement or otherwise responded to the Court's March 31, 2020 Order.

Section 1915 states:

> "A prisoner seeking to bring a civil action or appeal a judgment
> in a civil action or proceeding without prepayment of fees or
> security therefor, in addition to filing the affidavit filed under
> paragraph (1), **shall submit a certified copy of the trust fund
> account statement (or institutional equivalent) for the prisoner
> for the 6-month period immediately preceding the filing of the
> complaint . . ."**

28 U.S.C. § 1915(a)(2) (emphasis added).  The Application form for leave to proceed *in forma*

*pauperis* also expressly required Plaintiff to attach the 6-month inmate account statement.  (Doc. 4 at 2).  Plaintiff Lloyd was ordered to submit the required 6-month inmate account statement but has filed to comply with the Court's Order.

The Court may dismiss an action under Fed. R. Civ. P. 41(b) for failure to prosecute, to comply with the rules of civil procedure, or to comply with court orders.  *See Olsen v. Mapes,* 333 F.3d 1199, 1204, n.3 (10th Cir. 2003).  The Court will require Plaintiff Lloyd to show cause, within 30 days of entry of this Order, why this action should not be dismissed for non-compliance with the Court's March 31, 2020 Order and failure to prosecute. Failure to show cause or otherwise respond to this Order will result in dismissal of this case without further notice. [1]

IT IS ORDERED that Plaintiff Sean Lloyd show cause, within 30 days of entry of this Order, why this case should not be dismissed for failure to comply with the Court's March 31, 2020 Order and failure to prosecute this proceeding.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has now entered two orders to cure deficiency (Doc. 2, 5) and three orders to show cause (Doc. 7, 9, and this Order) in this case.

2

Mr. Lloyd, SEAN #01720-151
28 Camino Justica
Santa Fe, NM. 87508

Hasler
07/06/2020
US POSTAGE $0

01

United States District Court

District of New Mexico

office of the Clerk

Suite 270

333 Lomas BLVD., NW

Albuquerque, NM. 87102

Legal Mail